UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

FCA US LLC

          Plaintiff,

v.

Case No.: 1:25−cv−10204

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Default is entered pursuant to 55(a) against the appearing Defendants PENSUN, usbestautoparts, XRSAUTO. Plaintiff's Motion for entry of default and default as to certain Defendants [45] is granted. Enter Default Judgment Order. Telephonic status hearing previously set for 11/4/25 is stricken and reset to 11/19/25 at 9:30 a.m. If a dismissal is filed before that date, no one needs to appear on 11/19/25. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.