**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA USA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25-cv-10204 |
| v. | ) |
| | ) Judge Jorge Alonso |
| The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) |
| Defendants | ) |

## NOTICE OF WITHDRAWAL OF MOTION.

1. NOW COMES, Defendants # 5 PENSUN, #50 usbestautoparts, and #56 XRSAUTO (collectively referred to herein as "Defendants") by and through their undersigned counsel and hereby submits the following notice of withdrawal of a motion previously filed.

1. On October 28, 2025 Defendants' counsel filed a certain Motion for Leave to Withdraw as Counsel (Dkt 54).

2. Defendants and their attorneys hereby request that the Motion for Leave to Withdraw as Counsel (Dkt 54) be withdrawn instanter.

Respectfully submitted,

/s/Michael S. Davis

Michael Davis
Davis & Carter LLC
53 W. Jackson Blvd., Ste. 1560
Chicago, IL 60604
T: (312) 600-5485
mdavis@daviscarterlaw.com
*Attorney for Defendants # 5 PENSUN, # 50 usbestautoparts, and #56 XRSAUTO*