IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MA TIANJUN'S SHOP, et al.,<br><br>    Defendants. | Case No. 25-cv-10204<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 28, 2025 [52], in favor of Plaintiff FCA US LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| gzzhen47 | 17 |
| gzzhen87 | 18 |
| maiticast | 29 |
| savpenguin_AutoPart | 38 |
| yetnan | 57 |
| yongli-75 | 58 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated this 30th day of October 2025. | Respectfully submitted,<br><br>/s/ Berel Y. Lakovitsky<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Berel Y. Lakovitsky<br>Hannah A. Abes<br>Greer, Burns & Crain, Ltd.<br>200 West Madison Street, Suite 2100<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>blakovitsky@gbc.law<br>habes@gbc.law<br><br>*Counsel for Plaintiff FCA US LLC* |